1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, CA Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  BRIAN LEE JONES

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )  No. CR-S-12-321-WBS
                                )
12           Plaintiff,          )
                                )  STIPULATION AND [PROPOSED] ORDER
13     v.                        )  TO CONTINUE STATUS CONFERENCE;
                                )  EXCLUDE TIME
14 BRIAN LEE JONES,              )
                                )
15           Defendant.          )  Date:  December 3, 2012
                                )  Time:  9:30 a.m.
16 _____)  Judge: William B. Shubb

17

18      It is hereby stipulated and agreed to between the United States of
19 America through JASON HITT, Assistant U.S. Attorney, and defendant,
20 BRIAN LEE JONES, by and through his counsel, BENJAMIN GALLOWAY,
21 Assistant Federal Defender, that the status conference set for Monday,
22 October 15, 2012, be continued to Monday, December 3, 2012 at 9:30 a.m.
23      Defense counsel is presently preparing for jury trial scheduled to
24 commence the first week of November in another case.  This continuance
25 is requested to allow defense counsel additional time to prepare, to
26 review discovery with the defendant, to examine possible defenses, to
27 interview any potential witnesses, and to conduct ongoing investigation
28 of the facts of this case.

1  The parties stipulate that the ends of justice served by the
2  granting of such continuance outweigh the interests of the public and
3  the defendant in a speedy trial.
4  Speedy trial time is to be excluded from the date of this order
5  through the date of the status conference set for December 3, 2012,
6  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) [reasonable time to prepare]
7  (Local Code T4).

DATED: October 12, 2012           Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender


                                  /s/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  BRIAN LEE JONES


DATED: October 12 2012            BENJAMIN B. WAGNER
                                  United States Attorney


                                  /s/ Benjamin Galloway for
                                  JASON HITT
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in

| | |
|---|---|
| 1 | a speedy trial. |
| 2 | The Court orders that the time from the date of the parties |
| 3 | stipulation, October 12, 2012, up to and including December 3, 2012, |
| 4 | shall be excluded from computation of time within which the trial of |
| 5 | this case must be commenced under the Speedy Trial Act, pursuant to 18 |
| 6 | U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). |
| 7 | It is further ordered that the October 15, 2012 status conference |
| 8 | shall be continued until December 3, 2012 at 9:30 a.m. |
| 9 | DATED: October 12, 2012 |

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation/Order -3-