1  JOSEPH SCHLESINGER, Bar No. 87692
   Acting Federal Defender
2  BENJAMIN D. GALLOWAY, Bar No. 214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  BRIAN LEE JONES

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) No. 2:12-CR-321 WBS
                                    )
12            Plaintiff,            )
                                    ) STIPULATION AND [PROPOSED] ORDER
13      v.                          ) TO CONTINUE STATUS CONFERENCE AND
                                    ) EXLUDE TIME
14 BRIAN LEE JONES,                 )
                                    )
15            Defendant.            ) Date:  February 25, 2013
                                    ) Time:  9:30 a.m.
16 _____  ) Judge: William B. Shubb

17

18     It is hereby stipulated and agreed to between the United States of

19 America through JASON HITT, Assistant U.S. Attorney and defendant BRIAN

20 LEE JONES by and through his counsel, BENJAMIN GALLOWAY, Assistant

21 Federal Defender, that the status conference set for January 22, 2013

22 be continued to Monday, February 25, 2013 at 9:30 a.m.

23     The reason for this continuance is to allow defense counsel

24 additional time to review discovery with the defendant, to examine

25 possible defenses and to continue investigating the facts of the case.

26     The parties stipulate that the ends of justice served by the

27 granting of such continuance outweigh the interests of the public and

28 the defendant in a speedy trial.

1 | Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 25, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 17, 2013                     Respectfully submitted,

                                            JOSEPH SCHLESINGER
                                            Acting Federal Defender


                                            /s/ Benjamin Galloway
                                            BENJAMIN GALLOWAY
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            BRIAN LEE JONES


DATED: January 17, 2013                     BENJAMIN B. WAGNER
                                            United States Attorney


                                            /s/ Benjamin Galloway for
                                            JASON HITT
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

/ / /

1  The Court orders that the January 22, 2013 status conference shall
2  be continued until February 25, 2013 at 9:30 a.m., and that the time
3  from the date of the parties stipulation, up to and including February
4  25, 2013, shall be excluded from computation of time within which the
5  trial of this case must be commenced under the Speedy Trial Act,
6  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for
7  counsel to prepare).

DATED: January 17, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE